UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 20-cv-22039-JAL

WINDY LUCIUS,

    Plaintiff,

v.

SPEEDWAY LLC,

    Defendant.
_____/

## **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff, WINDY LUCIUS, and Defendant, SPEEDWAY LLC, hereby stipulate to the dismissal with prejudice of this civil action. Each party shall bear their own costs and fees, including attorneys' fees, incurred in connection with this action.

Dated: November 13, 2020

| | |
|---|---|
| */s/ J. Courtney Cunningham* | */s/ Eric S. Boos* |
| J. Courtney Cunningham, Esq. | Eric S. Boos, Esq. |
| J. COURTNEY CUNNINGHAM, PLLC | SHOOK, HARDY & BACON L.L.P. |
| FBN: 628166 | FBN: 107673 |
| 8950 SW 74th Court | Citigroup Center, Suite 3200 |
| Suite 2201 | 201 South Biscayne Boulevard |
| Miami, Florida 33156 | Miami, FL 33131 |
| Tel: 305-351-2014 | T: 305-358-5171 |
| cc@cunninghampllc.com | eboos@shb.com |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

2

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on November 13, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system.

*/s/ J. Courtney Cunningham*
J. Courtney Cunningham, Esq.
